1

2

3                          UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

6

7    _____ )     Case Specific Number C 06 3042 CRB
                                      )
     IN RE: BEXTRA AND CELEBREX       )
8    MARKETING SALES PRACTICES AND    )     **MDL NO. 1699**
     PRODUCT LIABILITY LITIGATION     )     **District Judge:  Charles R. Breyer**
9    _____ )
                                      )
10                                    )
                                      )
     Ellen Lambert and               )
11   Marvin Lambert,                 )     **STIPULATION AND ORDER OF**
                                      )     **DISMISSAL WITH PREJUDICE**
12                     Plaintiffs,   )
                                      )
13              vs.                   )
                                      )
14   Pfizer, Inc., et al.            )
                     Defendants.      )
15
     _____
16

17        Come now the Plaintiffs, ELLEN LAMBERT AND MARVIN LAMBERT, and

18   Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

19   Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with

20   each side bearing its own attorneys' fees and costs.

          Dated this 12th day of January, 2009.
21

22

23

24                                              *J. Franklin Long*
                                         _____
25                                       J. FRANKLIN LONG
                                         Counsel for Plaintiffs,
26                                       Ellen Lambert and Marvin Lambert
                                         Law Offices of J. Franklin Long
27                                       727 Bland Street
                                         Bluefield, WV 24701
28                                       (304) 327-5544 Phone
                                         (304) 325-8854 Facsimile
                                         joe@jfranklinlong.com E-mail Address

                                              -1-

     STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Dated this _____14th_____ day of _____May_____, 2009.


DLA PIPER (US) LLP


By: _____
MICHELLE W. SADOWSKY
Attorneys for Defendants
DLA Piper (US) LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 783-3755 Phone
(212) 783-3785 Facsimile
michelle.sadowsky@dldapiper.com E-mail Address


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**


Dated this ____19th____ day of _May_____, 2009.


_____
Hon. Charles R. Breyer
United States D...

IT IS SO ORDERED

Judge Charles R. Breyer

PFZR/1035934/6190655v.1

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**